

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15-cr-100 CWR-LRA

18 U.S.C. § 924(c)(1)

RICHARD THADDEUS BARNES

**The United States Attorney charges:**

That on or about November 18, 2014, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **RICHARD THADDEUS BARNES,** knowingly carried a firearm, to wit: a 40 caliber Glock handgun, serial number CPS051US, Model Number 22, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute Dilaudid (hydromorphone), in violation of Section 841(a)(1), Title 21, United States Code, and all in violation of Section 924(c)(1), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The following property is subject to forfeiture as a result of the offense alleged in this Information:

1) One (1) Ruger, Model Mark II Target, .22 LR caliber pistol, bearing SN 211-91511;

2) Thirty-eight (38) rounds of .22 caliber, unknown manufacturer ammunition; and

3) One (1) 40 caliber Glock handgun, serial number CPS051US, Model Number 22.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

GREGORY K. DAVIS
United States Attorney